IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-328-RPM-OES

ELECTRO-COMM DISTRIBUTING, INC.,

      Plaintiff,

v.

BRIAN SCANDARIATO and
MELISSA SCANDARIATO d/b/a EDGE CONSULTING,

      Defendants.

---

ORDER REJECTING RECOMMENDATION FOR ENTRY
OF DEFAULT JUDGMENT

---

This matter is before the court on Magistrate Judge O. Edward Schlatter's Recommendation for Entry of Default Judgment made after the Magistrate Judge conducted a hearing on July 11, 2005.  The  Recommendation is rejected for the following reasons:

1.      The Minute Order setting the July 11, 2005 hearing states the court will be conducting a "status hearing concerning this action" when the hearing was on the plaintiff's Application for Entry of Default Judgment;

2.      There is no finding that 50 App. U.S.C.A. § 521 providing for the protection of servicemembers against default judgments is satisfied;

3.      There has been no determination that the court has jurisdiction over the defendants;

4.      Page 3 line 6 of the Recommendation provides that the "Defendants have listed the invoices of shipped goods for which defendants have failed to make payments..." when it should read that the "Plaintiff has listed the invoices of shipped goods for which defendants have failed to make payments...";

5.      There are insufficient facts to support a finding that the plaintiff has a perfected security interest in any particular products and there is no showing as to the present location of products for which replevin is sought;

6.      The plaintiff's attorney's affidavit states that the *principal* amount of $248,554.21[1] is due and owing from the defendants as of April 14, 2004 but the exhibit (Client Statement) attached reflects this amount is as of November 8, 2004 and that such amount also includes a significant amount of finance charges.  The Recommendation assesses late fees on not only the principal amount but also the finance charges.  The April 14, 2004 date is inconsistent with the November 8, 2004 date on the plaintiff's exhibit;

7.      Issuing a writ of replevin for the seizure of products for which monetary damages are recovered in a judgment permits a double recovery; and

8.      A replevin under C.R.C.P. 104 contemplates that notice be given to the defendants but there has been no service on the defendants as contemplated under that Rule.

---

[1]The affidavit states the amount is $248,554.41 but the exhibit and recommendation state the amount is $248,554.21.

It is therefore

ORDERED that the Recommendation is rejected and that this Application is again referred to Magistrate Judge Schlatter for further proceedings.

DATED: July 28th, 2005.

BY THE COURT:

S/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge